**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 424 EAL 2018

                     Respondent             :

                                           :    Petition for Allowance of Appeal from
                                           :    the Order of the Superior Court
            v.                             :

                                           :

RANDI HOLMES,                      :

                                           :

                     Petitioner              :

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal

is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.